1104

KENNETH BAYLIS et al., Doing Business as FRANKLIN SQUARE LUMBER CO., Respondents, v. RALPH QUINNONEZ, as President of Local 1205, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers, et al., Appellants.— Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 1030.]

LEON D. DE MATTEIS, Appellant, v. TOWN OF HEMPSTEAD et al., Respondents. Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 1025.]

LEWIS DENNARD, Plaintiff, v. JEWELL PLUMBING & HEATING CORP., Defendant, and DROPKIN BROS., INC., Defendant and Third-Party Plaintiff-Appellant. RUGBY CONSTRUCTION CORP., Third-Party Defendant-Respondent.— Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See *ante*, p. 1026.]

ENGLANDER COMPANY, INC., a Delaware Corporation, Respondent, v. SOL TISHLER, Individually and as President of Bedding, Curtain & Drapery Workers Union, Local 140, C. I. O., et al., Appellants.— Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 866.]

REID T. FUHRMANN et al., Respondents, v. LOUIS C. HANYE, Appellant.— Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

LILLIAN HANSELL et al., Appellants, v. EDGAR A. GALVANI, Respondent.— Present— Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See *ante*, p. 1019.]

ROSE M. LYNCH, as Administratrix of the Estate of CLARENCE LYNCH, Deceased, Appellant, v. A. L. OTTAVIANO, INC., Defendant, and JOHN ARBORIO, INC., et al., Respondents. CIRCLE CONSTRUCTION CORPORATION, Third-Party Plaintiff, v. AL TURI, Doing Business as AL TURI TRUCKING, Third-Party